

# NUMBER 13-25-00574-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CERDA ENGINEERING LLC
A/K/A CERDA PLUMBING LLC
AND ANDREW CERDA,                                      Appellants,

v.

DANIEL ROHWEDER
AND EMILY ROHWEDER,                                   Appellees.

## ON APPEAL FROM THE COUNTY COURT AT LAW
## OF NAVARRO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Fonseca**
**Memorandum Opinion by Justice Fonseca**

This matter is before the Court on appellants' unopposed amended motion to dismiss appeal.[1] On February 6, 2026, we abated this appeal for the parties to effectuate

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE § 73.001.

a settlement agreement. Based on the motion, the parties have resolved their dispute, and appellants request that the appeal be dismissed.

The Court, having considered appellants' unopposed amended motion to dismiss, is of the opinion that the unopposed motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, we reinstate the case, grant appellants' unopposed amended motion to dismiss, and dismiss the appeal.

In accordance with the unopposed motion, costs will be taxed against the party incurring the same. *See id.* R. 42.1(d). Having dismissed the appeal at the appellants' request, no motion for rehearing will be entertained.

YSMAEL D. FONSECA
Justice

Delivered and filed on the
2nd day of April, 2026.

2